IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CR-00191-F-1
No. 5:16-CV-00271-F

| | | |
|---|---|---|
| RANDY OLIVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Randy Oliver's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-49]. Having examined Oliver's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

Oliver asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), but it is not clear that Oliver qualifies for appointed counsel.[1] However, Sherri R. Alspaugh with the Office of the Federal Public Defender has entered an appearance pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

---

[1] When Oliver was previously before this court, he had retained counsel.

This __14__ day of May, 2016.

_James C. Fox_

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2